[No. 7219-0-II. Division Two. January 17, 1986.]

*In the Matter of the Estate of*
FRED WILLIAMS.

JACKIE WILLIAMS, *as Executor, Appellant,* v.
LORRAINE WILLIAMS, *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 4165, William E. Howard, J., entered July 22, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 12794-2-I. Division One. January 21, 1986.]

NORTHWESTERN COMMERCIAL BANK, *Respondent,* v. GEORGE S. LAND, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-2-00653-6, Byron L. Swedberg, J., entered January 18, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, J., and Cole, J. Pro Tem.

[No. 13774-3-I. Division One. January 21, 1986.]

JOHN STRACHAN, ET AL, *Respondents,* v. KITSAP COUNTY, ET AL, *Defendants,* BELLEFONTE UNDERWRITERS INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 825986, William C. Goodloe, J., entered September 6, 1983. *Reversed* and *remanded* by unpublished opinion per Webster, J., concurred in by Williams, J., and Petrie, J. Pro Tem.